CHARLES HALPERN, RESPONDENT, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE U. S., APPELLANT.

Submitted February 17, 1939—Decided April 21, 1939.

For the respondent, *Aaron Heller*.

For the appellant, *Collins & Corbin*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 13.

*For reversal*—None.